**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| **JOHNIE LEE POTTER and wife,** | § | |
| **MICAH POTTER,** | § | |
| | § | |
| **Plaintiffs** | § | |
| | § | |
| **v.** | § | **CIVIL CASE NO:  2:21-cv-00205** |
| | § | |
| **HARLEY-DAVIDSON MOTOR** | § | **JURY DEMANDED** |
| **COMPANY, INC., HARLEY-** | § | |
| **DAVIDSON MOTOR COMPANY** | § | |
| **GROUP, LLC, and CORPUS** | § | |
| **CHRISTI HARLEY-DAVIDSON** | § | |

**STIPULATED MOTION FOR DISMISSAL WITH**
**PREJUDICE AS TO HARLEY-DAVIDSON MOTOR**
**COMPANY GROUP, LLC AND HARLEY-DAVIDSON, INC.**

COMES NOW Plaintiffs, Johnie Lee Potter and Micah Potter, and Defendants,

Harley-Davidson Motor Company Group, LLC and Harley-Davidson Motor Company,

Inc., by and through their respective attorneys, move for and stipulate to a dismissal with

prejudice of Harley-Davidson Motor Company Group, LLC and Harley-Davidson Motor

Company, Inc., with each party to bear its own attorneys' fees and costs.

Respectfully submitted this 22nd day of July, 2022.

/s/ *Kenneth C. Goolsby*                        /s/ *Steven I. Klein*
**Kenneth C. Goolsby**                          **Steven I. Klein**
casey.goolsby@boonlaw.com                        sklein@rumberger.com
Texas State Bar No. 24003668                     Texas State Bar No. 24101015
                                                 **Ernest H. Eubanks, Jr.**
**BOON, CALK, ECHOLS,**                          seubanks@rumberger.com
**COLEMAN & GOOLSBY, PLLC**                      Admitted Pro Hac Vice
1800 N.W. Loop 281, Suite 303
Longview, Texas 75604                            **RUMBERGER, KIRK & CALDWELL, P.A.**
903.759.2200                                     300 S. Orange Ave., Suite 1400

903.759.3306 (Fax)                          Orlando, FL  32801
                                            (407) 872-7300
Attorneys for Plaintiffs,                   (407) 841-2133 (Fax)
Johnie Lee Potter and Micah Potter
                                            Attorneys for Harley-Davidson Motor Company
                                            Group, LLC


## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on July 22, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following: **K. Casey Goolsby, Esquire; Steven I. Klein, Esquire**. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants: **None**


/s/ *Kenneth C. Goolsby*
**Kenneth C. Goolsby**